No. 95–204. GARNER, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF WILEMAN, DECEASED *v.* CAPITAL BLUE CROSS ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–207. MEADOWS *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–212. FRED *v.* WACKENHUT CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–215. HUGHES *v.* BEDSOLE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHERIFF OF CUMBERLAND COUNTY, NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–216. CURLEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–219. LEE *v.* WALTON. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 95–228. LOPEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–229. WONG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–231. COGGESHALL DEVELOPMENT CORP. ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–235. SKIP KIRCHDORFER, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–238. BHARDWAJ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–246. CEMAJ ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–251. REPUBLIC WASTE INDUSTRIES, INC. *v.* G. I. INDUSTRIES. C. A. 9th Cir. Certiorari denied.